UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In Re: William Gregory**

                                                   **Case No:  6:16-mc-19-Orl-41GJK**

_____/

**ORDER**

THIS CAUSE is before the Court on Mr. William Gregory's Letter (Doc. 1), requesting appointment of counsel. United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 3), which recommends that the letter, construed as a motion, be denied and that this miscellaneous case be closed.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Mr. William Gregory's Letter (Doc. 1), construed as a motion for appointment of counsel, is **DENIED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party